IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HARPER, | |
| Plaintiff, | Civil Action No. 3:18-202 |
| | Judge Kim R. Gibson |
| v. | Magistrate Judge Maureen P. Kelly |
| DR. PAUL NOEL, DR. ANDREW J. DANCHA, R. N. BECKNOR, SECRETARY JOHN WETZEL, JOSEPH SILVA, JAY COWAN, JAMEY LUTHER, KOWALEWSKI, and JAWAD SALAMEH, | Re: ECF No. 3 |
| Defendants. | |

## ORDER OF COURT

After Plaintiff Anthony Harper ("Plaintiff"), an inmate at the State Correctional Institution at Laurel Highlands, proceeding *pro se*, filed a Complaint and a Motion for Injunction in the above-titled action, ECF No. 1, and after Defendants Dr. Paul Noel, R.N Becknor, Secretary John Wetzel, Joseph Silva, Jamey Luther and Kowalewski (the "DOC Defendants"), filed a Brief in opposition to the Motion for Injunction, ECF No. 24., and after a Report and Recommendation was filed by United States Magistrate Judge Maureen P. Kelly, ECF No. 28, and after Plaintiff filed an "Opposition to Defendants Motion to Dismiss,[1]" ECF No. 29, which the Court construes as Objections to the Report and Recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED the Motion for Injunction, ECF No. 3, is DENIED AS MOOT.

---

[1] In this document, Plaintiff argues that this case should not be dismissed. This Court notes that the denial of the Motion for Injunction is not a dismissal of the case.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

May 24, 2019

_____
Kim R. Gibson
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record Via CM-ECF